| 9-10 Rev. 1/2002 | **FINANCIAL DISCLOSURE REPORT** Calendar Year 2005 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) PROPST, ROBERT B | 2. Court or Organization U S DISTRICT COURT, ND/AL | 3. Date of Report 4/1/2006 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) SENIOR U. S. DISTRICT JUDGE | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ● Annual ○ Final | 6. Reporting Period 1/1/2005 to 12/31/2005 |
| 7. Chambers or Office Address P. O. BOX 820 ANNISTON, ALABAMA 36202 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2006 APR 10 · A 10: 57 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE   - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1.    U. S. Government $506.88 | Transportation, food, lodging attending a seminar at Duke University, Federal Judicial Center 3/16/2005 to 3/18/2005 |

## V. GIFTS.   (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE   - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES.   (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE   - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PROPST, ROBERT B | 4/1/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. 1/3 int. Real Estate, Oxford, AL - Unimproved | | None | M | W | | | | | |
| 2. Colonial Bank, Anniston, AL C.D. | B | Interest | K | T | | | | | |
| 3. American Express Mutual Fund, Minnesota Various Investments | A | Dividend | K | T | | | | | |
| 4. Oppenheimer Fund Mutual - National Fund | A | Dividend | K | T | | | | | |
| 5. Colonial Bank - Common Stock, Anniston, AL Stock | B | Dividend | L | T | | | | | |
| 6. Colonial Bank - Common Stock, Anniston, AL | C | Dividend | M | T | | | | | |
| 7. Regions Bank - C.D.s Anniston, AL | D | Interest | M | T | | | | | |
| 8. Insurance Cash Surrender - In Clifford Trust (Regions Bank) | A | Interest | L | T | | | | | |
| 9. Regions Bank, Anniston, AL Cash-checking | A | Interest | L | T | | | | | |
| 10. Annuity-Fidelity Fund (Fidelity Ins.) | A | Dividend | M | T | | | | | |
| 11. A.G. Edwards, Anniston, AL (Money Market Acct) | A | Interest | J | T | | | | | |
| 12. AmSouth Bank, Anniston, AL (C.D.'s) | B | Interest | K | T | | | | | |
| 13. Thornburg Fund, First AL Bank, Anniston, AL (Morgan Keegan) | A | Dividend | K | T | | | | | |
| 14. Hoover, AL Municipal Bond | B | Interest | K | T | | | | | |
| 15. Fidelity Puritan IRA | A | Dividend | J | T | | | | | |
| 16. Fidelity Contra IRA | A | Dividend | J | T | | | | | |
| 17. Fidelity Balance IRA | A | Dividend | J | T | | | | | |
| 18. Fidelity Blue Chip IRA | A | Dividend | J | T | | | | | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| PROPST, ROBERT B | 4/1/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. Fidelity Contra | A | Dividend | J | T | | | | | |
| 20. Fidelity Blue Chip | A | Dividend | J | T | | | | | |
| 21. Fidelity Puritan Keough | A | Dividend | J | T | | | | | |
| 22. Mineral Rights, Fayette Co., AL | A | None | J | W | | | | | |
| 23. AmSouth Bank, Anniston, AL - Checking acct | A | Interest | K | T | | | | | |
| 24. SouthTrust Bank Checking | A | Interest | J | T | | | | | |
| 25. Compass Bank Stock - Common - Oxford, AL | B | Dividend | L | T | | | | | |
| 26. 1/3 in. in house & lot, Calhoun County, AL | A | Rent | M | W | | | | | |
| 27. Lincoln National Life Annuity | A | Interest | J | T | | | | | |
| 28. John Hancock Annuity | C | Interest | L | T | | | | | |
| 29. Western Southern Annuity | C | Interest | L | T | | | | | |
| 30. 1/2 interest Calhoun County unimproved real estate | | None | M | W | | | | | |
| 31. Noble Bank & Trust Company - Common Stock | | None | K | T | Buy | 10/13 | K | | |
| 32. | | | | | | | | | |

1. Income/Gain Codes:      A = $1,000 or less      B = $1,001-$2,500      C = $2,501-$5,000      D = $5,001-$15,000      E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | PROPST, ROBERT B | 4/1/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

We have an IRA and Keough accounts with Fidelity Funds in mutual funds; also a Fidelity Life Insurance Annuity in mutual funds.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | PROPST, ROBERT B | 4/1/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
| --- | --- | --- |
| | PROPST, ROBERT B | 4/1/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____          Date  4—4—06

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544